Max F. Utess, Respondent, v. The Erie Railroad Company, Appellant.— Order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the motion for a new trial should have been granted upon proper terms.

Edwin T. Kennedy, Respondent, v. The German Fire Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements All concurred.

Frederick G. Billingham, Respondent, v. Oneida Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse and Robson, JJ., who dissented.

First Church of Christ, Scientist, in Buffalo, N. Y., Respondent, v. Annie V. ·C. Leavitt, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Guido Sonnenberg, Appellant.— Judgment and order affirmed. All concurred.

·The People of the State of New York, Respondent, v. John Knaszak, Appellant.— Judgment affirmed. All concurred.

Prentiss Tool and Supply Company, Plaintiff, v. Hydrostatic Machinery Company, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

Edward F. Knickerbocker, Respondent, v. General Railway Signal Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event. Held, that as matter of law the plaintiff failed to establish actionable negligence. See opinion by Spring, J., on former appeal in same case, reported at 133 Appellate Division, 787. All concurred, except McLennan, P. J., who dissented upon the ground that the questions of negligence and freedom from contributory negligence were questions of fact for the jury. See dissenting opinion by McLennan, P. J., on former appeal.

Robert B. Adam, as President of the Adam, Meldrum & Anderson Company, Respondent, v. The Manhattan Life Insurance Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Elfreda F. Devendorf, Respondent, v. Godlove C. Siebert, and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.